

NUMBER 13-09-00232-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE ROBERT (BOBBY) R. WIGHTMAN-CERVANTES

On Petition for Writ of Mandamus
and Application for Stay.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion  Per Curiam[1]

Relator, Robert (Bobby) R. Wightman-Cervantes, filed a petition for writ of mandamus and application for stay in the above cause on April 22, 2009.

The Court, having examined and fully considered the petition for writ of mandamus and application for stay, is of the opinion that relator has not shown himself entitled to the relief sought.  Accordingly, the petition for writ of mandamus and application for stay are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this the 23rd day of April, 2009.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).